The People of the State of Illinois, Defendant in Error, v. Arnt Hendrickson, Plaintiff in Error.

Gen. No. 19,781.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HUGH J. KEARNS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Affirmed. Opinion filed December 31, 1914.

## Statement of the Case.

Prosecution by the People of the State of Illinois against Arnt Hendrickson for wife abandonment. The defendant was found guilty and ordered to pay his wife nine dollars per week for one year for her support. To reverse the order defendant prosecutes a writ of error.

CHARLES J. TRAINOR, for plaintiff in error.

MACLAY HOYNE, for defendant in error; EDWARD E. WILSON, of counsel.

MR. PRESIDING JUSTICE FITCH delivered the opinion of the court.

## Abstract of the Decision.

HUSBAND AND WIFE, § 274*—*when evidence shows husband guilty of wife abandonment.* A finding of guilty in a prosecution for wife abandonment *held* sustained by the evidence, where it appeared that defendant wilfully deserted his wife on a certain date without any intention of resuming cohabitation, that upon request he failed to provide for the family, and that the wife did not consent to the separation.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.